IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DARNELL OLIVER, #207467, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:02-cv-1373-F |
| ) | |
| LT. MATTHEWS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 6, 2005 (Doc. #18), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1. The motion for summary judgment filed by defendants (Doc. #13) is GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff.

DONE this 27th day of May, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE